UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY THOMPSON,<br><br>    Plaintiff,<br><br>v.<br><br>THE RAM'S GANG, et al.,<br><br>    Defendants. | Case No. 23-cv-05618-TLT<br><br>**ORDER OF DISMISSAL** |

Plaintiff is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff's complaint was dismissed, and plaintiff was directed to file a first amended complaint. ECF 11. The due date has now passed, and plaintiff has neither filed an amended complaint nor sought an extension of time to do so. Due to plaintiff's failure to comply with a court order and failure to prosecute, this case is DISMISSED without prejudice.

**IT IS SO ORDERED.**

Dated: January 5, 2024

TRINA L. THOMPSON
United States District Judge